No. 66. EX PARTE AMADEO.—Appeal from the District Court of San Juan. Decided October 5, 1903. Withdrawn on the request of the party appellant. *Mr. Monserrat*, for appellant.

No. 87. CANTIZANI *v.* DÁVILA.—Appeal from the District Court of Mayagüez. Decided October 5, 1903. Appeal declared abandoned, appellant having failed to appear.

No. 20. EX PARTE SOLÁ.—Application for a writ of *habeas corpus*. Decided October 27, 1903. The application was dismissed, the petitioners having been released from imprisonment by pardon. *Mr. Texidor*, for petitioners.

No. 81. CARRIÓN *v.* GARCÍA.—Appeal from the District Court of San Juan. Decided November 5, 1903. Withdrawn on the request of the party appellant. *Mr. Ginorio*, for appellant.

No. 83. SIRAGUSA *v.* FIGUEROA.—Appeal from the District Court of San Juan. Decided November 24, 1903. Withdrawn on the request of the party appellant. *Mr. Texidor*, for appellant.

No. 8. MOLLFULLEDA *v.* THE REGISTRAR OF PROPERTY.— Appeal from a decision of the Registrar of Property of San Juan. Decided November 27, 1903. It was declared that the appeal could not be considered because it had not been taken within the period prescribed by law.